# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0996

VERSUS

GEORGE WRIGHT

**NOVEMBER 5, 2021**

---

In Re:    George Wright, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-14-0118.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish shows the district court denied relator's application for postconviction relief on June 15, 2020.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT